# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Contitech USA, Inc.,

                       **CIVIL NUMBER:  3:20-cv-00075-SMR-SBJ**

        Plaintiff,

  v.                                   **JUDGMENT IN A CIVIL CASE**

McLaughlin Freight Services, Inc. and
Dan McLaughlin,

        Defendants.

☑ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Judgment is entered in favor of the Plaintiff, ContiTech USA, Inc. and against the Defendant, McLaughlin Freight Services, Inc. on the Plaintiff's fraud claim in the amount of $436,130.72. Judgment is entered in favor of the Plaintiff, ContiTech USA, Inc. and against Dan McLaughlin on the Plaintiff's fraud claim in the amount of $0. Judgment is entered in favor of the Defendant, McLaughlin Freight Services, Inc. and against the Plaintiff, ContiTech USA, Inc. on the Defendant's fraud counterclaim in the amount of $266,471.59 with $14,088.51 in punitive damages.  Judgment is entered in favor of the Plaintiff, ContiTech USA, Inc. and against the Defendant, McLaughlin Freight Services, Inc. on the Plaintiff's unjust enrichment claim in the amount of $436,130.72. Judgment is entered in favor of the Defendant, McLaughlin Freight Services, Inc. and against the Plaintiff, ContiTech USA, Inc. on the Defendant's unjust enrichment counter claim in the amount of $266,471.59. Matters related to off-setting of the verdict damages will be addressed by further order of the Court.

Date:  February 16, 2022                          CLERK, U.S. DISTRICT COURT

                                                      /s/ Brian Phillips

                                                        By: Deputy Clerk